TYLER J. SNIFF
TELEPHONE: (404) 525-9205
FACSIMILE: (404) 522-0275
E-MAIL: TSNIFF@STACKENV.COM
WWW.STACKENV.COM



# STACK & ASSOCIATES, P.C.

ATTORNEYS AT LAW

ATLANTA
260 PEACHTREE STREET • SUITE 1200
ATLANTA, GEORGIA 30303
TELEPHONE: (404) 525-9205
TOLL FREE: (877) 622-3891
FACSIMILE: (404) 522-0275

SAVANNAH
P.O. BOX 13124
SAVANNAH, GEORGIA 31406
TELEPHONE: (912) 232-0567
FACSIMILE: (877) 622-3891

January 20, 2017

**VIA CERTIFIED MAIL NO.
7010 0780 0001 8607 1226
RETURN RECEIPT REQUESTED**

**Sunflower Farm & Ranch, Inc.
Nexton Mining, Inc.**
c/o J. Carleton, Vaughn, Jr., Registered Agent
405 Telfair Street
Augusta, Georgia 30901

**VIA CERTIFIED MAIL NO.
7010 0780 0001 8607 1202
RETURN RECEIPT REQUESTED**

**Steve L. Peters, CEO/Owner**
Nexton Mining, Inc.
873 River Bluff Road
North Augusta, SC 29841

**VIA CERTIFIED MAIL NO.
7010 0780 0001 8607 1127
RETURN RECEIPT REQUESTED**

**Sunflower Farm & Ranch, Inc.**
c/o Kimberly K. Peters, CEO/Owner
873 River Bluff Road
North Augusta, SC 29841

**VIA CERTIFIED MAIL NO.
7010 0780 0001 8607 1134
RETURN RECEIPT REQUESTED**

**Ross A. Wenger, Manager/Supervisor**
Sunflower Farm & Ranch, Inc.
Nexton Mining, Inc.
13131 Middle Ground Road
Louisville, GA 30434

    Re:    **60-Day Notice of Intent to Sue for Violations of Section 404 of Federal Clean Water Act for Discharge of Dredged and Fill Material into Waters of the United States on Jefferson County Parcel Nos. 0025021 & 0025015**

Dear Mr. and Mrs. Peters, Mr. Wenger, and Mr. Vaughn:

    Pursuant to Section 505(b) of the Clean Water Act, 33 U.S.C. § 1365(b), and 40 C.F.R. Part 135, Evelyn S. Merritt and Sharon L. Merritt McMillen (in her individual capacity and as Trustee of the Merritt Living Trust) (collectively, "the Merritts"), hereby provide notice of their intent within sixty (60) days (March 21, 2017) to commence a civil action in United States District Court against **Sunflower Farm & Ranch, Inc., Steve L. Peters, Ross A. Wenger, and/or Nexton Mining, Inc.** for violations of the Federal Water Pollution Control Act ("Clean Water Act") and its implementing regulations. As discussed below, these violations include the continuing presence of acres and thousands of cubic yards of illegally discharged dredged and fill material in Waters of the United States (wetlands, ponds, and tributaries of Williamson Swamp Creek) on Jefferson County Parcel Nos. 0025021 & 0025015 owned by Sunflower Farm

Case 1:17-cv-00040-JRH-BKE   Document 1-1   Filed 04/06/17   Page 2 of 19

Steve and Kimberly Peters
Ross A. Wenger
J. Carleton Vaughn, Jr.
January 20, 2017
Page 2 of 6

& Ranch, Inc. and Steve L. Peters ("Sunflower/Peters Property"). The presence of the illegally discharged dredged and fill material in these Waters of the United States directly upstream from the property and ponds owned by the Merritts has and continues to damage their Property and the environment and destroy their recreational and aesthetic enjoyment of their Property.

### I.     Parties Providing Notice

This notice is provided by Evelyn S. Merritt and Sharon L. Merritt McMillen (individually and as Trustee of the Merritt Living Trust)

Mrs. Evelyn Merritt is a 92-year old widow who was born and grew up in Jefferson County, Georgia and who for approximately four decades has owned and/or resided at an approximately 477-acre parcel of forested property at 6673 Friendship Church Road, Bartow, Parcel No. 0026001, Jefferson County, Georgia 30413 ("Merritt Property"). Mrs. Merritt purchased the Merritt Property from her father in 1971. In 2013, Mrs. Merritt conveyed the Merritt Property to the Merritt Living Trust, and she retains control over and the right to reside on and use the Merritt Property during her lifetime. Sharon L. Merritt McMillen is the daughter of Mrs. Evelyn Merritt and is Trustee of the Merritt Living Trust.

The Merritt Property is directly across from, adjacent to and upstream from the Sunflower/Peters Property. The Merritt Property contains an approximately 8-acre pond ("large pond"), which is fed by wetlands and tributaries of Williamson Swamp Creek with headwaters on the Sunflower/Peters Property. The large pond was damned by an earthen dam and drains to portions of Williamson Swamp Creek on the Merritt Property. The large pond and earthen dam had existed on the Merritt Property for more than fifty (50) years. The Merritt Property also contains an approximately 2-acre pond in front of the residence on the Merritt Property, which is fed by wetlands, ponds, and tributaries of Williamson Swamp Creek with headwaters on the Sunflower/Peters Property. The smaller pond drains to the larger pond and portions of Williamson Swamp Creek on the Merritt Property. Mrs. Merritt and her late husband built the smaller pond in the early 1980s. Williamson Swamp Creek is a river and tributary of the Ogeechee River that flows into the Ogeechee River approximately ten (10) miles downstream from the Merritt Property.

The Merritt family has owned the Merritt property for more than seventy (70) years and Mrs. Merritt and her family—as well as many members of the community—have used the Property and the ponds on the Property for generations for farming, recreation, and aesthetic enjoyment, including fishing, swimming, boating, hunting, trapping, camping, prayer and meditation, fish frys, and family reunions.

The address of Mrs. Merritt remains 6673 Friendship Church Road, Bartow, Jefferson County, Georgia 30413, and her telephone number is (478) 348-3020. The address of Mrs. McMillen is 3245 Ember Street, Marietta, Georgia 30066 and her telephone number is (770)

Steve and Kimberly Peters
Ross A. Wenger
J. Carleton Vaughn, Jr.
January 20, 2017
Page 3 of 6

401-1062. The Merritts, however, are represented by undersigned counsel, and as such all communications with them must be to undersigned counsel at the contact information below.

**II.     Notice of the Violations**

Sections 301 and 404 of the Clean Water Act prohibit the discharge of dredged or fill material into Waters of the United States without a permit issued by the U.S. Army Corps of Engineers. 33 U.S.C. §§ 1311(a), 1344.

In summer and fall of 2013, Sunflower Farm & Ranch, Inc. and Steve L. Peters acquired Jefferson County Parcel Nos. 0025021 & 0025015 ("Sunflower/Peters Property"). At that time, the Sunflower/Peters Property had been forest-pasture for more than fifty (50) years and contained Waters of the United States, including wetlands, ponds, and tributaries of Williamson Swamp Creek that flow to and feed the ponds on the Merritt Property. At that time, there was no established and ongoing farming or ranching operation on the Sunflower/Peters Property.

From late 2013 through 2015, the Sunflower/Peters Property was intensively cleared, grubbed, and mass graded to convert the Property from forest-pasture to irrigated agriculture and bring the Property into farming use. Heavy construction equipment, including Quadtrac tractors with scrapers/graders, track hoes, excavators, and bulldozers were used to clear, grub, and mass grade the Property. During this clearing, grubbing, and mass grading with heavy construction equipment, tens of thousands of cubic yards of dredged and fill material were discharged into Waters of the United States—including acres of wetlands, ponds, and tributaries of Williamson Swamp Creek—on Jefferson County Parcel Nos. 0025021 & 0025015 without and not in accordance with any permit issued by the U.S. Army Corps of Engineers. In addition, during 2014 and 2015, this heavy construction equipment was used to construct and discharge enormous banks and berms of fill material in wetlands and a pond that are Waters of the United States on the southwestern border and eastern portions of Parcel No. 0025021 and southeastern portion of Parcel No. 0025015.

The above-described clearing, grubbing, and mass grading resulted in the destruction of acres of wetlands, ponds, and tributaries of Williamson Swamp Creek and the discharge of thousands of cubic yards of dredged and fill material into these Waters of the United States. The clearing, grubbing, and mass grading severely modified the hydrological regime of the Property to convert it to irrigated agriculture and bring it into farming use. The discharge of the dredged and fill material: (1) was a consequence of clearing, grubbing, and mass grading to bring these wetlands and ponds into uses for which they were not previously subject—growing irrigated row crops and support for an irrigation pivot, and (2) impaired the flow and reduced the reach of these wetlands and ponds and tributaries of Williamson Swamp Creek. The construction on the Sunflower/Peters Property of a ditch with bridge for irrigation pivot and a dike across from the Merritt residence drained, significantly modified, and destroyed Waters of the United States on the Sunflower/Peters Property.

Steve and Kimberly Peters
Ross A. Wenger
J. Carleton Vaughn, Jr.
January 20, 2017
Page 4 of 6

Sunflower Farm & Ranch, Inc. and Steve L. Peters own the Sunflower/Peters Property. Employees of and equipment owned by Sunflower Farm & Ranch, Inc. and Nexton Mining, Inc. conducted the clearing, grubbing, and mass grading that caused the illegal discharges of dredged and fill material. Ross A. Wenger is an employee of Sunflower Farm & Ranch, Inc. and/or Nexton Mining, Inc. who managed and/or supervised the grading and construction work and also operated the heavy construction equipment that caused the illegal discharges of dredged and fill material. Sunflower Farm & Ranch, Inc., Steve L. Peters, Nexton Mining, Inc., and Ross A. Wenger all discharged and are responsible for the above-mentioned illegal discharges of dredged and fill material.

All the above-described discharges occurred without and not in accordance with any permit issued by the U.S. Army Corps of Engineers and thus were illegal. As additional identification of the locations of the above-described and above-located illegal discharges of dredged and fill material, please refer to the attached aerial photographs. As stated above, the above-described illegal discharges of dredged and fill material began in late 2013 and continued through 2014 and 2015. From late 2013 through today, the dredged and fill material remained in the above-described wetlands, ponds, and tributaries of Williamson Swamp Creek and as such the violations of the CWA were continuous from late 2013 to today and are ongoing.

### III. Damages to Merritts and Environment, Remedies Sought, and Civil Penalties

The presence of the illegally discharged dredged and fill material in these Waters of the United States directly upstream from the property and ponds owned by Mrs. Evelyn S. Merritt and Sharon L. Merritt McMillen has and continues to severely damage their Property and destroy their recreational and aesthetic enjoyment of their Property. The runoff of water and silt onto the Merritt Property from the Sunflower/Peters Property caused by the clearing, grubbing, and mass grading and resulting discharges of dredged and fill material has damaged the driveway, the structures of the smaller pond, and the earthen dam of the larger pond and caused the sedimentation of both ponds. Consequently, the Merritts and the community are no longer able to use and enjoy the Merritt Property and the ponds on the Property for recreation and aesthetic enjoyment, including fishing, swimming, and boating. Runoff of illegally discharged dredged and fill material has also adversely affected the water quality and environment of wetlands, ponds, and tributaries of Williamson Swamp Creek and portions of Williamson Swamp Creek on and downstream of the Merritt Property.

Section 505(b) of the CWA, 33 U.S.C. § 1365(b), requires that, sixty days prior to filing a civil action for violations of the CWA, a plaintiff must give notice of intent to sue. If the violations set forth herein are not remedied within sixty days, the Merritts will file a CWA citizen suit against Sunflower Farm & Ranch, Inc. Steve L. Peters, Ross A. Wenger, and/or Nexton Mining, Inc. for continuous and ongoing violations of the CWA. The Merritts will request that the Court: (1) enjoin further violations; (2) require removal of thousands of cubic yards of dredged and fill material from wetlands, ponds, and tributaries of Williamson Swamp

Steve and Kimberly Peters
Ross A. Wenger
J. Carleton Vaughn, Jr.
January 20, 2017
Page 5 of 6

Creek; (3) require remediation of these Waters of the United States to pre-developed conditions; (4) impose civil penalties of at least $37,500 per violation per day, payable to the U.S. Treasury; and (5) award attorneys' fees and expenses of litigation under the CWA. Please note that because the illegally discharged dredged and fill material has remained in the wetlands, ponds, and tributaries of Williamson Swamp Creek from late 2013 through the present, the maximum civil penalty permitted by law is tens of millions of dollars.

### IV.   Conclusion

If you have reason to believe that you are exempt from or have complied with the Clean Water Act, or otherwise have a defense to liability, please advise us of the specific basis for your exemption, compliance, or defense. If you contend that we have not properly identified the proper parties or have failed adequately to serve this notice letter, please advise us of the specific basis for your contention. During the 60-day notice period, we are available to discuss effective remedies, corrective actions, and resolving this matter without litigation, as well as any facts you believe are incorrectly set forth in this notice letter and other relevant facts and data. Please feel free to contact the undersigned counsel at the contact information below. Thank you for your prompt attention to this matter.

Sincerely,

Donald D.J. Stack
Tyler J. Sniff
STACK & ASSOCIATES, P.C.
260 Peachtree Street, Suite 1200
Atlanta, Georgia 30303
(404) 525-9205

*Counsel for Merritts*

TJS/
Attachments
    Aerial Photographs of Sunflower/Peters Property (2010, 2013, 2015)

cc:   **VIA CERTIFIED MAIL NO.
7010 0780 0001 8607 1141
RETURN RECEIPT REQUESTED**

    The Hon. Catherine McCabe, Acting Administrator, U.S. EPA

Steve and Kimberly Peters
Ross A. Wenger
J. Carleton Vaughn, Jr.
January 20, 2017
Page 6 of 6

        Environmental Protection Agency
        Office of the Administrator, MC 1101A
        1200 Pennsylvania Ave., NW
        Washington, D.C. 20460

        **VIA CERTIFIED MAIL NO.**
        **7010 0780 0001 8607 1158**
        **RETURN RECEIPT REQUESTED**

        Heather McTeer Toney, Regional Administrator
        U.S. EPA, Region 4
        Atlanta Federal Center
        61 Forsyth Street, SW
        Atlanta, Georgia 30303-3104

        **VIA CERTIFIED MAIL NO.**
        **7010 0780 0001 8607 1165**
        **RETURN RECEIPT REQUESTED**

        Richard Dunn, Director
        Georgia Environmental Protection Division
        2 Martin Luther King, Jr. Drive, SE
        Suite 1456, East Tower
        Atlanta, Georgia 30334-9000



PLAINTIFF'S EXHIBIT 2010





---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Steve L. Peters, CEO/Owner
Nexton Mining, Inc.
873 River Bluff Road
North Augusta, SC 29841

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X *Kim Peters*  ☐ Agent  ☐ Addressee

B. Received by (Printed Name): Kim Peters
C. Date of Delivery: 1-23-17

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☒ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☒ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7010 0780 0001 8607 1202

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Sunflower Farm & Ranch, Inc.
c/o Kimberly K. Peters, CEO/Owner
873 River Bluff Road
North Augusta, SC 29841

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X *Kim Peters*  ☐ Agent  ☐ Addressee

B. Received by (Printed Name): Kim Peters
C. Date of Delivery: 1-23-17

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☒ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☒ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7010 0780 0001 8607 1127

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Ross A. Wenger, Manager/Supervisor
Sunflower Farm & Ranch, Inc.
Nexton Mining, Inc.
13131 Middle Ground Road
Louisville, GA 30434

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X *Ross Wenger*  ☐ Agent  ☐ Addressee

B. Received by (Printed Name): Ross Wenger
C. Date of Delivery: 1-24-17

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☒ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7010 0780 0001 8607 1134

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

The Hon. Catherine McCabe
Acting Administrator, U.S. EPA
Environmental Protection Agency
Office of the Administrator, MC 1101A
1200 Pennsylvania Ave., NW
Washington, D.C. 20460

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  Mail Manage
☐ Agent
☐ Addressee

B. Received by (Printed Name)

C. Date of Delivery: JAN 25 2017

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail  ☐ Express Mail
☐ Registered  ☒ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7010 0780 0001 8607 1141

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Heather McTeer Toney,
Regional Administrator
U.S. EPA, Region 4
Atlanta Federal Center
61 Forsyth Street, SW
Atlanta, Georgia 30303-3104

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Andrew D'Aulin
☒ Agent
☐ Addressee

B. Received by (Printed Name)

C. Date of Delivery: 1-23-17

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail  ☐ Express Mail
☐ Registered  ☒ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7010 0780 0001 8607 1158

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Richard Dunn, Director
Georgia Environmental Protection Div.
2 Martin Luther King, Jr. Drive, SE
Suite 1456, East Tower
Atlanta, Georgia 30334-9000

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Vanessa L. O'Cain
☒ Agent
☐ Addressee

B. Received by (Printed Name): VANESSA L. O'CAIN

C. Date of Delivery: 1-24-2017

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail  ☐ Express Mail
☐ Registered  ☒ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7010 0780 0001 8607 1165

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

# USPS Tracking® Results

FAQs > (http://faq.usps.com/?articleId=220900)

Track Another Package +

Remove ✕

**Tracking Number:** 70100780000186071226

In Transit

## Product & Tracking Information

See Available Actions

**Postal Product:**                **Features:**
                                   Certified Mail™

| DATE & TIME | STATUS OF ITEM | LOCATION |
| --- | --- | --- |
| January 23, 2017, 5:20 am | In Transit to Destination | |
| The item is currently in transit to the destination as of January 23, 2017 at 5:20 am. | | |
| January 22, 2017, 5:20 am | Departed USPS Facility | AUGUSTA, GA 30901 |
| January 21, 2017, 9:23 am | Arrived at USPS Facility | AUGUSTA, GA 30901 |
| January 21, 2017, 1:16 am | Departed USPS Facility | NORTH METRO, GA 30026 |
| January 20, 2017, 11:20 pm | Arrived at USPS Facility | NORTH METRO, GA 30026 |

See Less ∧

## Available Actions

See Less ∧

### Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

FAQs (http://faq.usps.com/?articleId=220900)



**STACK & ASSOCIATES, P.C.**

260 Peachtree Street, NW
Suite 1200
Atlanta, Georgia 30303



CERTIFIED MAIL

7010 0780 0001 8607 1226





US POSTAGE
$ 06.68
First-Class
Mailed From 30303
01/20/2017
032A 0061824427

Sunflower Farm & Ranch, Inc.
Nexton Mining, Inc.
c/o J. Carleton, Vaughn, Jr., Registered Agent
405 Telfair Street
Augusta, Georgia 30901



**STACK & ASSOCIATES, P.C.**

260 Peachtree Street, NW
Suite 1200
Atlanta, Georgia 30303



CERTIFIED MAIL™

7010 0780 0001 8607 1202





US POSTAGE
$ 06.68
First-Class
Mailed From 30303
01/20/2017
032A 0061824427

Steve L. Peters, CEO/Owner
Nexton Mining, Inc.
873 River Bluff Road
North Augusta, SC 29841



**STACK & ASSOCIATES, P.C.**

260 Peachtree Street, NW
Suite 1200
Atlanta, Georgia 30303



**CERTIFIED MAIL**

7010 0780 0001 8607 1127





US POSTAGE
$ 06.68
First-Class
Mailed From 30303
01/20/2017
032A 0061824427

Sunflower Farm & Ranch, Inc.
c/o Kimberly K. Peters, CEO/Owner
873 River Bluff Road
North Augusta, SC 29841



**STACK & ASSOCIATES, P.C.**

260 Peachtree Street, NW
Suite 1200
Atlanta, Georgia 30303



CERTIFIED MAIL™

7010 0780 0001 8607 1134





US POSTAGE
$ 06.68
First-Class
Mailed From 30303
01/20/2017
032A 0061824427

Ross A. Wenger, Manager/Supervisor
Sunflower Farm & Ranch, Inc.
Nexton Mining, Inc.
13131 Middle Ground Road
Louisville, GA 30434






**STACK & ASSOCIATES, P.C.**

260 Peachtree Street, NW
Suite 1200
Atlanta, Georgia 30303

CERTIFIED MAIL

7010 0780 0001 8607 1141

US POSTAGE
$ 06.68
First-Class
Mailed From 30303
01/20/2017
032A 0061824427

The Hon. Catherine McCabe, Acting Administrator,
U.S. EPA
Environmental Protection Agency
Office of the Administrator, MC 1101A
1200 Pennsylvania Ave., NW
Washington, D.C. 20460







**STACK &amp; ASSOCIATES, P.C.**

7010 0780 0001 8607 1158

CERTIFIED MAIL

US POSTAGE $ 06.68
First-Class
Mailed From 30303
01/20/2017
032A 0061824427

260 Peachtree Street, NW
Suite 1200
Atlanta, Georgia 30303

Heather McTeer Toney, Regional Administrator
U.S. EPA, Region 4
Atlanta Federal Center
61 Forsyth Street, SW
Atlanta, Georgia 30303-3104



**STACK & ASSOCIATES, P.C.**

260 Peachtree Street, NW
Suite 1200
Atlanta, Georgia 30303



CERTIFIED MAIL

7010 0780 0001 8607 1165





US POSTAGE
$ 06.68
First-Class
Mailed From 30303
01/20/2017
032A 0061824427

Richard Dunn, Director
Georgia Environmental Protection Division
2 Martin Luther King, Jr. Drive, SE
Suite 1456, East Tower
Atlanta, Georgia 30334-9000