AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Georgia

Evelyn S. Merritt, and
Sharon L. Merritt McMillen, Individually and as
Trustee of the Merritt Living Trust,

*Plaintiff(s)*

v.

Nexton Mining, Inc., Sunflower Farm & Ranch, Inc.,
Steven L. Peters, Kimberly K. Peters, and Ross A.
Wenger,

*Defendant(s)*

Civil Action No. CV117-040

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Nexton Mining, Inc.
c/o Steven L. Peters, Registered Agent/CEO/Secretary
873 River Bluff Road
North Augusta, SC 29841

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Tyler J. Sniff
Donald D.J. Stack
Stack & Associates, P.C.
260 Peachtree Street, Suite 1200
Atlanta, Georgia 30303

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

SCOTT L. POFF, CLERK
CLERK OF COURT

Date: April 7, 2017

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Georgia

Evelyn S. Merritt, and
Sharon L. Merritt McMillen, Individually and as
Trustee of the Merritt Living Trust,

*Plaintiff(s)*

v.

Nexton Mining, Inc., Sunflower Farm & Ranch, Inc.,
Steven L. Peters, Kimberly K. Peters, and Ross A.
Wenger,

*Defendant(s)*

Civil Action No. CV117-040

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Nexton Mining, Inc.
c/o J. Carleton Vaughn, Jr., Registered Agent
405 Telfair Street
Augusta, Georgia 30901

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Tyler J. Sniff
Donald D.J. Stack
Stack & Associates, P.C.
260 Peachtree Street, Suite 1200
Atlanta, Georgia 30303

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

SCOTT L. POFF, CLERK

CLERK OF COURT

Date: April 7, 2017

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Georgia

| | |
|---|---|
| Evelyn S. Merritt, and<br>Sharon L. Merritt McMillen, Individually and as<br>Trustee of the Merritt Living Trust,<br><br>*Plaintiff(s)*<br>v.<br><br>Nexton Mining, Inc., Sunflower Farm & Ranch, Inc.,<br>Steven L. Peters, Kimberly K. Peters, and Ross A.<br>Wenger,<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. **CV117-040**<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Sunflower Farm & Ranch, Inc.
c/o Kimberly K. Peters, CEO/CFO/Secretary
c/o Steven L. Peters, Manager
873 River Bluff Road
North Augusta, South Carolina 29841

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Tyler J. Sniff
Donald D.J. Stack
Stack & Associates, P.C.
260 Peachtree Street, Suite 1200
Atlanta, Georgia 30303

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

SCOTT L. POFF, CLERK
*CLERK OF COURT*

Date: *April 7, 2017*                        *Tara L. Burton*
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Georgia

Evelyn S. Merritt, and
Sharon L. Merritt McMillen, Individually and as
Trustee of the Merritt Living Trust,

*Plaintiff(s)*

v.

Nexton Mining, Inc., Sunflower Farm & Ranch, Inc.,
Steven L. Peters, Kimberly K. Peters, and Ross A.
Wenger,

*Defendant(s)*

Civil Action No. CV117-040

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Sunflower Farm & Ranch, Inc.
c/o J. Carleton Vaughn, Jr., Registered Agent
405 Telfair Street
Augusta, Georgia 30901

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Tyler J. Sniff
Donald D.J. Stack
Stack & Associates, P.C.
260 Peachtree Street, Suite 1200
Atlanta, Georgia 30303

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

SCOTT L. POFF, CLERK
CLERK OF COURT

Date: April 7, 2017

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Georgia

| | |
|---|---|
| Evelyn S. Merritt, and<br>Sharon L. Merritt McMillen, Individually and as<br>Trustee of the Merritt Living Trust,<br><br>*Plaintiff(s)*<br>v.<br><br>Nexton Mining, Inc., Sunflower Farm & Ranch, Inc.,<br>Steven L. Peters, Kimberly K. Peters, and Ross A.<br>Wenger,<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)   Civil Action No.  CV117-040<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Steven L. Peters
873 River Bluff Road
North Augusta, South Carolina 29841

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Tyler J. Sniff
Donald D.J. Stack
Stack & Associates, P.C.
260 Peachtree Street, Suite 1200
Atlanta, Georgia 30303

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

SCOTT L. POFF, CLERK
CLERK OF COURT

Date: April 7, 2017                    *Tara R. Burton*
                                       Signature of Clerk or Deputy Clerk

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Georgia

| | |
|---|---|
| Evelyn S. Merritt, and<br>Sharon L. Merritt McMillen, Individually and as<br>Trustee of the Merritt Living Trust, <br><br>*Plaintiff(s)*<br>v.<br><br>Nexton Mining, Inc., Sunflower Farm & Ranch, Inc.,<br>Steven L. Peters, Kimberly K. Peters, and Ross A.<br>Wenger,<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. CV117-040<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Kimberly K. Peters
    873 River Bluff Road
    North Augusta, South Carolina 29841

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Tyler J. Sniff
    Donald D.J. Stack
    Stack & Associates, P.C.
    260 Peachtree Street, Suite 1200
    Atlanta, Georgia 30303

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

SCOTT L. POFF, CLERK
CLERK OF COURT

Date: April 7, 2017

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Georgia

| | |
|---|---|
| Evelyn S. Merritt, and<br>Sharon L. Merritt McMillen, Individually and as<br>Trustee of the Merritt Living Trust,<br><br>*Plaintiff(s)*<br>v.<br><br>Nexton Mining, Inc., Sunflower Farm & Ranch, Inc.,<br>Steven L. Peters, Kimberly K. Peters, and Ross A.<br>Wenger,<br><br>*Defendant(s)* | Civil Action No. CV117-040 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Ross A. Wenger
13131 Middle Ground Road
Louisville, Georgia 30434

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Tyler J. Sniff
Donald D.J. Stack
Stack & Associates, P.C.
260 Peachtree Street, Suite 1200
Atlanta, Georgia 30303

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: April 7, 2017

*Signature of Clerk or Deputy Clerk*