AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 17-CV-40-JRH-BKE

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Kimberly K. Peters
was received by me on *(date)* 04/10/2017 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*: I served Attorney Harry Revell, 4137 Columbia Road, Martinez, Georgia 30907, on behalf of Kimberly K. Peters, who is authorized to accept on behalf of his client on 4-17-17.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: April 17, 2017

*Server's signature*

Gene Staulcup, CEO
*Printed name and title*

Gene Staulcup & Associates, Inc.
404 5th Street
Augusta, Georgia 30901-5866
*Server's address*

Additional information regarding attempted service, etc:
I served a copy of the Summons, Complaint, CWA Notice Letter, and Litigant's Bill of Rights upon the above-named individual.