IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| EVELYN S. MERRITT, and <br> SHARON L. MERRITT MCMILLEN, <br> *Individually and as Trustee of the Merritt* <br> *Living Trust*, <br><br> Plaintiffs, <br><br> v. <br><br> NEXTON MINING, INC., <br> SUNFLOWER FARM & RANCH, INC., <br> STEVEN L. PETERS, <br> KIMBERLY K. PETERS, and <br> ROSS A. WENGER, <br><br> Defendants. | CIVIL ACTION NO. 17-CV-00040 |

## PLAINTIFFS' MOTION FOR EXTENSION OF TIME TO COMPLETE AND FILE LITIGANT'S BILL OF RIGHTS

Pursuant to Local Rule 16.7.2, Plaintiffs Evelyn S. Merritt and Sharon L. Merritt McMillen hereby respectfully move the Clerk to enter an order granting them an extension of time of fourteen (14) days (until and through May 4, 2017) to complete and file their Litigant's Bill of Rights.

Respectfully submitted,

Dated: **April 21, 2017**   **s/ Tyler J. Sniff**
Tyler J. Sniff
Georgia Bar No. 403125
STACK & ASSOCIATES, P.C.
260 Peachtree Street, Suite 1200
Atlanta, Georgia 30303
Telephone: (404) 525-9205
Facsimile: (404) 522-0275
E-mail: tsniff@stack-envirolaw.com

*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I, **Tyler J. Sniff**, hereby certify that on **April 21, 2017**, I electronically filed the foregoing **PLAINTIFFS' MOTION FOR EXTENSION OF TIME TO COMPLETE AND FILE LITIGANT'S BILL OF RIGHTS** with the Clerk of the Court for filing and uploading to the CM/ECF system, which will automatically send e-mail notification of such filing to all Counsel of Record.

Dated: **April 21, 2017**          **s/ Tyler J. Sniff**
Tyler J. Sniff
Georgia Bar No. 403125
STACK & ASSOCIATES, P.C.
260 Peachtree Street, Suite 1200
Atlanta, Georgia 30303
Telephone: (404) 525-9205
Facsimile: (404) 522-0275
E-mail: tsniff@stack-envirolaw.com