IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| EVELYN S. MERRITT, and<br>SHARON L. MERRITT MCMILLEN,<br>*Individually and as Trustee of the Merritt*<br>*Living Trust*,<br><br>        Plaintiffs,<br><br>        v.<br><br>NEXTON MINING, INC.,<br>SUNFLOWER FARM & RANCH, INC.,<br>STEVEN L. PETERS,<br>KIMBERLY K. PETERS, and<br>ROSS A. WENGER,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   **CIVIL ACTION NO. 17-CV-00040**<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**ORDER GRANTING PLAINTIFFS' MOTION FOR EXTENSION OF TIME TO COMPLETE AND FILE LITIGANT'S BILL OF RIGHTS**

Pursuant to Local Rule 16.7.2, and for good cause shown, the Clerk of the Court hereby **GRANTS** Plaintiffs' Motion for Extension of Time to Complete and File Litigant's Bill of Rights.

Plaintiffs shall have an additional fourteen (14) days (until and through May 4, 2017) to complete and file their Litigant's Bill of Rights.

**SO ORDERED** this ___ day of April, 2017.

_____
Clerk, U.S. District Court for the Southern District of Georgia