IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| EVELYN S. MERRITT, AND SHARON L. MERRITT MCMILLEN, INDIVIDUALLY AND AS TRUSTEE OF THE MERRITT LIVING TRUST | ) ) ) ) ) | |
|     Plaintiffs, | ) ) | |
| v. | ) ) ) | Case No. 1:17-CV-00040-JRH-BKE |
| NEXTON MINING, INC. SUNFLOWER FARM & RANCH, INC. STEVEN L. PETERS, KIMBERLY K. PETERS, AND ROSS A. WENGER | ) ) ) ) ) ) ) ) | |
|     Defendants. | ) ) | |

## ANSWER OF NEXTON MINING, INC. TO PLAINTIFFS' COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF, CIVIL PENALTIES, AND ATTORNEYS' FEES AND EXPENSES OF LITIGATION

COME NOW Nexton Mining, Inc. (hereinafter "Nexton"), Defendant in the above-styled civil action and responds to Plaintiffs' Complaint.

## FIRST DEFENSE

For a First Defense, Nexton responds to the numbered Paragraphs of the Complaint as follows:

## JURISDICTION AND VENUE

1.

Nexton denies the allegations contained in Paragraph 1 of the Complaint.

2.

Nexton denies the allegations contained in Paragraph 2 of the Complaint.

3.

Nexton admits that Plaintiffs sent it correspondence on January 20, 2016. Nexton denies the remainder of the allegations contained in Paragraph 3 of the Complaint.

4.

Nexton admits that Plaintiffs sent Defendants correspondence on January 20, 2016.  Defendants deny the remainder of the allegations contained in Paragraph 3 of the Complaint.

5.

Nexton denies the allegations contained in Paragraph 5 of the Complaint.

6.

Nexton denies the allegations contained in Paragraph 6 of the Complaint.

7.

Nexton denies the allegations contained in Paragraph 7 of the Complaint.

8.

Nexton is without sufficient knowledge to form a belief as to the truth or falsity of the allegations contained in Paragraph 8 of the Complaint.

## PARTIES AND PROPERTY

9.

Nexton is without sufficient knowledge to form a belief as to the truth or falsity of the allegations contained in Paragraph 9 of the Complaint.

10.

Nexton is without sufficient knowledge to form a belief as to the truth or falsity of the allegations contained in Paragraph 10 of the Complaint.

11.

Nexton is without sufficient knowledge to form a belief as to the truth or falsity of the allegations contained in Paragraph 11 of the Complaint.

12.

Nexton is without sufficient knowledge to form a belief as to the truth or falsity of the allegations contained in Paragraph 12 of the Complaint.

13.

Nexton is without sufficient knowledge to form a belief as to the truth or falsity of the allegations contained in Paragraph 13 of the Complaint.

14.

Nexton is without sufficient knowledge to form a belief as to the truth or falsity of the allegations contained in Paragraph 14 of the Complaint.

15.

Nexton is without sufficient knowledge to form a belief as to the truth or falsity of the allegations contained in Paragraph 15 of the Complaint.

16.

Nexton is without sufficient knowledge to form a belief as to the truth or falsity of the allegations contained in Paragraph 16 of the Complaint.

17.

Nexton admits that the Merritt Living Trust owns the Merritt Property. Nexton denies the remainder of the allegations contained in Paragraph 17 of the Complaint.

18.

Nexton is without sufficient knowledge to form a belief as to the truth or falsity of the allegations contained in Paragraph 18 of the Complaint.

19.

Nexton is without sufficient knowledge to form a belief as to the truth or falsity of the allegations contained in Paragraph 19 of the Complaint.

20.

Nexton denies the allegations contained in Paragraph 20 of the Complaint.

21.

Nexton admits the allegations contained in Paragraph 21 of the Complaint.

22.

Nexton is without sufficient knowledge to form a belief as to the truth or falsity of the allegations contained in Paragraph 22 of the Complaint.

23.

Nexton is without sufficient knowledge to form a belief as to the truth or falsity of the allegations contained in Paragraph 23 of the Complaint.

24.

Nexton is without sufficient knowledge to form a belief as to the truth or falsity of the allegations contained in Paragraph 24 of the Complaint.

25.

Nexton is without sufficient knowledge to form a belief as to the truth or falsity of the allegations contained in Paragraph 25 of the Complaint.

26.

Nexton is without sufficient knowledge to form a belief as to the truth or falsity of the allegations contained in Paragraph 26 of the Complaint.

27.

Nexton is without sufficient knowledge to form a belief as to the truth or falsity of the allegations contained in Paragraph 27 of the Complaint.

28.

Nexton is without sufficient knowledge to form a belief as to the truth or falsity of the allegations contained in Paragraph 28 of the Complaint.

29.

Nexton is without sufficient knowledge to form a belief as to the truth or falsity of the allegations contained in Paragraph 29 of the Complaint.

30.

Nexton is without sufficient knowledge to form a belief as to the truth or falsity of the allegations contained in Paragraph 30 of the Complaint.

31.

Nexton is without sufficient knowledge to form a belief as to the truth or falsity of the allegations contained in Paragraph 31 of the Complaint.

32.

Nexton is without sufficient knowledge to form a belief as to the truth or falsity of the allegations contained in Paragraph 32 of the Complaint.

## STATUTORY AND REGULATORY FRAMEWORK

### I.    The CWA's Prohibition on Discharges of Dredged or Fill Material without a Permit

33.

Nexton admits that the Clean Water Act speaks for itself.  To the extent Paragraph 33 of Plaintiff's Complaint misquotes, paraphrases, takes out of context and fails to provide the full quotation it is denied.

34.

Nexton admits that the Clean Water Act speaks for itself.  To the extent Paragraph 34 of Plaintiff's Complaint misquotes, paraphrases, takes out of context and fails to provide the full quotation it is denied.

35.

Nexton admits that the Clean Water Act speaks for itself.  To the extent Paragraph 35 of Plaintiff's Complaint misquotes, paraphrases, takes out of context and fails to provide the full quotation it is denied.

36.

Nexton admits that the Clean Water Act speaks for itself.  To the extent Paragraph 36 of Plaintiff's Complaint misquotes, paraphrases, takes out of context and fails to provide the full quotation it is denied.

37.

Nexton admits that the Clean Water Act speaks for itself.   To the extent Paragraph 37 of Plaintiff's Complaint misquotes, paraphrases, takes out of context and fails to provide the full quotation it is denied.

38.

Nexton admits that the Clean Water Act speaks for itself.   To the extent Paragraph 38 of Plaintiff's Complaint misquotes, paraphrases, takes out of context and fails to provide the full quotation it is denied.

39.

Nexton admits that the Clean Water Act contains an exemption for agricultural activities.   Nexton further admits that the Clean Water Act speaks for itself.   To the extent Paragraph 39 of Plaintiff's Complaint misquotes, paraphrases, takes out of context and fails to provide the full quotation it is denied.

40.

Nexton admits that the Clean Water Act and it regulations contain an exemption for agricultural activities.   Nexton further admits that the Clean Water Act and its regulations speak for itself.   To the extent Paragraph 40 of Plaintiff's Complaint misquotes, paraphrases, takes out of context and fails to provide the full quotation it is denied.

41.

Nexton admits that the Clean Water Act and its regulations contain an exemption for agricultural activities.  Nexton further admits that the Clean Water Act and it regulations speak for itself.  To the extent Paragraph 41 of Plaintiff's Complaint misquotes, paraphrases, takes out of context and fails to provide the full quotation it is denied.

42.

Nexton admits that the Clean Water Act and its regulations contain an exemption for agricultural activities.  Nexton further admits that the Clean Water Act and its regulations speak for itself.  To the extent Paragraph 42 of Plaintiff's Complaint misquotes, paraphrases, takes out of context and fails to provide the full quotation it is denied.

43.

Nexton admits that the Clean Water Act and its regulations contain an exemption for agricultural activities.  Nexton further admits that the Clean Water Act and its regulations speak for itself.  To the extent Paragraph 43 of Plaintiff's Complaint misquotes, paraphrases, takes out of context and fails to provide the full quotation it is denied.

44.

Nexton admits that the Clean Water Act and its regulations contain an exemption for agricultural activities. Nexton further admits that the Clean Water Act and its regulations speak for itself. To the extent Paragraph 44 of Plaintiff's Complaint misquotes, paraphrases, takes out of context and fails to provide the full quotation it is denied.

45.

Nexton admits that the Clean Water Act and its regulations contain an exemption for agricultural activities. Nexton further admits that the Clean Water Act and its regulations speak for itself. To the extent Paragraph 45 of Plaintiff's Complaint misquotes, paraphrases, takes out of context and fails to provide the full quotation it is denied.

46.

Nexton admits that the Clean Water Act and its regulations contain an exemption for agricultural activities. Nexton further admits that the Clean Water Act and its regulations speak for itself. To the extent Paragraph 46 of Plaintiff's Complaint misquotes, paraphrases, takes out of context and fails to provide the full quotation it is denied.

47.

Nexton admits that the Clean Water Act speaks for itself.  To the extent Paragraph 47 of Plaintiff's Complaint misquotes, paraphrases, takes out of context and fails to provide the full quotation it is denied.

48.

Nexton admits that the Clean Water Act and its regulations speak for itself. To the extent Paragraph 48 of Plaintiff's Complaint misquotes, paraphrases, takes out of context and fails to provide the full quotation it is denied.

## II.    Citizen Enforcement of the CWA and Civil Penalties

49.

Nexton is without sufficient knowledge to form a belief as to the truth or falsity of the allegations contained in Paragraph 49 of the Complaint.

50.

Nexton is without sufficient knowledge to form a belief as to the truth or falsity of the allegations contained in Paragraph 50 of the Complaint.

51.

Nexton is without sufficient knowledge to form a belief as to the truth or falsity of the allegations contained in Paragraph 51 of the Complaint.

## **FACTUAL BACKGROUND**

52.

Nexton is without sufficient knowledge to form a belief as to the truth or falsity of the allegations contained in Paragraph 52 of the Complaint.

53.

Nexton is without sufficient knowledge to form a belief as to the truth or falsity of the allegations contained in Paragraph 53 of the Complaint.

54.

Nexton is without sufficient knowledge to form a belief as to the truth or falsity of the allegations contained in Paragraph 54 of the Complaint.

55.

Nexton is without sufficient knowledge to form a belief as to the truth or falsity of the allegations contained in Paragraph 55 of the Complaint.

56.

Nexton is without sufficient knowledge to form a belief as to the truth or falsity of the allegations contained in Paragraph 56 of the Complaint.

57.

Nexton is without sufficient knowledge to form a belief as to the truth or falsity of the allegations contained in Paragraph 57 of the Complaint.

58.

Nexton is without sufficient knowledge to form a belief as to the truth or falsity of the allegations contained in Paragraph 58 of the Complaint.

59.

Nexton is without sufficient knowledge to form a belief as to the truth or falsity of the allegations contained in Paragraph 59 of the Complaint.

60.

Nexton is without sufficient knowledge to form a belief as to the truth or falsity of the allegations contained in Paragraph 60 of the Complaint.

61.

Nexton is without sufficient knowledge to form a belief as to the truth or falsity of the allegations contained in Paragraph 61 of the Complaint.

62.

Nexton is without sufficient knowledge to form a belief as to the truth or falsity of the allegations contained in Paragraph 62 of the Complaint.

63.

Nexton denies the allegations contained in Paragraph 63 of the Complaint.

64.

Nexton denies the allegations contained in Paragraph 64 of the Complaint.

65.

Nexton denies the allegations contained in Paragraph 65 of the Complaint.

66.

Nexton denies the allegations contained in Paragraph 66 of the Complaint.

67.

Nexton admits that it loaned equipment to Sunflower Farm & Ranch for agricultural use on land owned by Sunflower Farm & Ranch and Mr. Steve Peters. Nexton denies the remainder of the allegations contained in Paragraph 67 of the Complaint.

68.

Nexton is without sufficient knowledge to form a belief as to the truth or falsity of the allegations contained in Paragraph 68 of the Complaint.

69.

Nexton is without sufficient knowledge to form a belief as to the truth or falsity of the allegations contained in Paragraph 69 of the Complaint.

70.

Nexton is without sufficient knowledge to form a belief as to the truth or falsity of the allegations contained in Paragraph 70 of the Complaint.

71.

Nexton denies the allegations contained in Paragraph 71 of the Complaint.

72.

Nexton denies the allegations contained in Paragraph 72 of the Complaint.

73.

Nexton denies the allegations contained in Paragraph 73 of the Complaint.

74.

Nexton denies the allegations contained in Paragraph 74 of the Complaint.

75.

Nexton is without sufficient knowledge to form a belief as to the truth or falsity of the allegations contained in Paragraph 75 of the Complaint.

76.

Nexton is without sufficient knowledge to form a belief as to the truth or falsity of the allegations contained in Paragraph 76 of the Complaint.

77.

Nexton is without sufficient knowledge to form a belief as to the truth or falsity of the allegations contained in Paragraph 77 of the Complaint.

78.

Nexton admits that it was not required to obtain a permit from the Army Corps of Engineers and did not discharge any dredged and/or fill material.  Nexton denies the remainder of the allegations contained in Paragraph 78 of the Complaint.

79.

Nexton denies the allegations contained in Paragraph 79 of the Complaint.

80.

Nexton denies the allegations contained in Paragraph 80 of the Complaint.

81.

Nexton is without sufficient knowledge to form a belief as to the truth or falsity of the allegations contained in Paragraph 81 of the Complaint.

82.

Nexton admits that it was not required to request a determination from the U.S. Army Corps of Engineers or any environmental consultant of wetlands subject to the Clean Water Act.  Nexton denies the remainder of the allegations contained in Paragraph 82 of the Complaint.

83.

Nexton denies the allegations contained in Paragraph 83 of the Complaint.

84.

Nexton denies the allegations contained in Paragraph 84 of the Complaint.

85.

Nexton denies the allegations contained in Paragraph 85 of the Complaint.

86.

Nexton denies the allegations contained in Paragraph 86 of the Complaint.

87.

Nexton is without sufficient knowledge to form a belief as to the truth or falsity of the allegations contained in Paragraph 87 of the Complaint.

88.

Nexton denies the allegations contained in Paragraph 88 of the Complaint.

89.

Nexton denies the allegations contained in Paragraph 89 of the Complaint.

90.

Nexton denies the allegations contained in Paragraph 90 of the Complaint.

91.

Nexton denies the allegations contained in Paragraph 91 of the Complaint.

92.

Nexton denies the allegations contained in Paragraph 92 of the Complaint.

93.

Nexton denies the allegations contained in Paragraph 93 of the Complaint.

94.

Nexton denies the allegations contained in Paragraph 94 of the Complaint.

95.

Nexton denies the allegations contained in Paragraph 95 of the Complaint.

96.

Nexton denies the allegations contained in Paragraph 96 of the Complaint.

97.

Nexton denies the allegations contained in Paragraph 97 of the Complaint.

98.

Nexton denies the allegations contained in Paragraph 98 of the Complaint.

99.

Nexton denies the allegations contained in Paragraph 99 of the Complaint.

## <u>FIRST CLAIM FOR RELIEF</u>

**(Defendants Discharged and Continue to Discharge Tens of Thousands of Cubic Yards of Dredged and/or Fill Material into Waters of the United States without a Permit in Violation of the CWA)**

100.

Nexton reasserts and incorporates by reference her responses to Paragraphs

1 through 99 of the Complaint as set forth above.

101.

Nexton denies the allegations contained in Paragraph 101 of the Complaint.

102.

Nexton denies the allegations contained in Paragraph 102 of the Complaint.

103.

Nexton denies the allegations contained in Paragraph 103 of the Complaint.

104.

Nexton denies the allegations contained in Paragraph 104 of the Complaint.

105.

Nexton denies the allegations contained in Paragraph 105 of the Complaint.

106.

Nexton denies the allegations contained in Paragraph 106 of the Complaint.

107.

Nexton denies the allegations contained in Paragraph 107 of the Complaint.

108.

Any and all allegations not specifically responded to are hereby denied.

## SECOND DEFENSE

For a Second Defense, Nexton asserts that Plaintiffs' Complaint fails to state a valid claim upon which relief may be granted.

## THIRD DEFENSE

For a Third Defense, Nexton asserts that this Court lacks subject matter jurisdiction over Plaintiffs' claims as it does not involve Water of the United States.

## FOURTH DEFENSE

For a Fourth Defense, Nexton asserts that Plaintiffs' allegations do not support a claim that the alleged violations are "on-going violations" and the alleged violations are wholly past.  Gwaltney of Smithfield, Ltd. v. Chesapeake Bay Foundation, Inc. 484 U.S. 49 (1987).

## FIFTH DEFENSE

For a Fifth Defense, Nexton asserts that Plaintiffs failed to provide sufficient notice of alleged on-going violations as required and have failed to comply with the applicable regulations requiring sufficient notice to be provided prior to filing the instant lawsuit.  40 C.F.R. § 135.3

## SIXTH DEFENSE

For a Sixth Defense, Nexton asserts that Plaintiffs' purported notice letter failed to specifically detail the specific actions and did not provide sufficient notice to permit Defendants to identify and correct any alleged violations.

## SEVENTH DEFENSE

For a Seventh Defense, Nexton asserts that Plaintiffs' claims are barred as the alleged activities of Nexton are exempted from the § 404 and § 505 provisions of the Clean Water Act pursuant to the Agricultural Exemption.  33 U.S.C. § 1344(f)(1)(A).

## EIGHTH DEFENSE

For an Eighth Defense, Nexton asserts that Plaintiffs lack standing to bring the instant lawsuit.  Nexton also asserts that Plaintiffs lack Article III standing and Plaintiffs do not have standing to bring a citizen suit under the Clean Water Act.

## NINTH DEFENSE

For a Ninth Defense, Nexton asserts insufficient process and insufficient service of process.

## TENTH DEFENSE

For a Tenth Defense, Nexton asserts that subsequent to the acts and/or omissions alleged against Nexton, which allegations are specifically denied, there

were separate and intervening acts, which were alleged failure to act on the part of persons or entities other than Nexton which are the sole, proximate cause of any damages allegedly sustained by the Plaintiffs.

## ELEVENTH DEFENSE

For an Eleventh Defense, Nexton asserts that Mrs. Evelyn S. Merritt is not the owner of any of the properties alleged to have been involved in this case and does not have standing to bring the instant lawsuit.

## TWELFTH DEFENSE

For a Twelfth Defense, Nexton asserts that Plaintiffs' suit was brought without providing sufficient notice as required and the suit was brought without complying with the applicable time limitations.

## THIRTEENTH DEFENSE

For a Thirteenth Defense, Nexton asserts that Plaintiffs have failed to allege Defendants have discharged a pollutant from a point-source into waters of the United States.

## FOURTEENTH DEFENSE

For a Fourteenth Defense, Nexton asserts that Defendants have complied with all applicable Federal and State laws including the Clean Water Act and the Georgia Water Quality Control Act.

## FIFTEENTH DEFENSE

For a Fifteenth Defense, Nexton asserts that the provisions cited in Plaintiffs' Complaint related to the application of the Clean Water Act do not apply to Nexton's actions on the property.

## SIXTEENTH DEFENSE

For a Sixteenth Defense, Nexton asserts that Plaintiffs' claims should be barred or limited because Plaintiffs are not acting as private attorneys general but are pursuing a private remedy. <u>Evelyn S. Merritt and Sharon L. Merritt McMillen, as trustee of the Merritt Living Trust v. Sunflower Farm and Ranch, Inc., Steven L. Peters, Kimberly K. Peters, and Ross A. Wenger</u>, Superior Court of Jefferson County, Georgia, Civil Action File No.: 16-CV-00074.

## SEVENTEENTH DEFENSE

For a Seventeenth Defense, Nexton asserts that Plaintiffs claims and alleged damages were the result of an unforeseen and unexpected act of god and was not the result of any action or inaction on the part of Nexton.

## EIGHTEENTH DEFENSE

For an Eighteenth Defense, Nexton asserts that Plaintiffs claims and alleged damages were the result of a naturally occurring condition on their property and was not the result of any action or inaction on the part of Nexton.

## NINETEENTH DEFENSE

For a Nineteenth Defense, Nexton asserts that it was not personally involved in any of the alleged activities on the property and Plaintiffs' have failed to allege a viable claim against it for personal liability.

## TWENTIETH DEFENSE

For a Twentieth Defense, Nexton asserts that Plaintiffs' Complaint and allegations against Nexton directly does not provide sufficient factual support and does not state a claim upon which relief can be granted.  The Plaintiffs' Complaint simply provides mere labels, conclusions and a formulaic recitation of the elements of the purported cause of action and does not provide sufficient adequate factual support to raise a right to relief above the speculative level against Nexton.

## TWENTY-FIRST DEFENSE

For a Twenty-First Defense, Nexton asserts the lack of personal jurisdiction by this Court.

## TWENTY-SECOND DEFENSE

For a Twenty-Second Defense, Nexton asserts that it has no property interest in any of the land involved in this litigation and Plaintiffs have failed to state a claim upon which relief can be granted as to Nexton.

## TWENTY-THIRD DEFENSE

For a Twenty-Third Defense, Nexton asserts that it did not design, implement, direct, control, and/or supervise any of the activities performed on any property owned by Sunflower Farm & Ranch, Inc. and/or Mr. Steve Peters and Plaintiffs have failed to state a claim upon which relief can be granted as to Nexton.

## TWENTY-FOURTH DEFENSE

For a Twenty-Fourth Defense, Nexton asserts that it did not discharge any sediment, sand, rock or any other substance from any property owned by either Sunflower Farm & Ranch, Inc. and/or Mr. Steve Peters and Plaintiffs have failed to state a claim upon which relief can be granted as to Nexton.

## TWENTY-FIFTH DEFENSE

For a Twenty-Fifth Defense, Nexton asserts that it did not fill or degrade any wetlands on property owned by Plaintiffs, Mr. Steve Peters and/or Sunflower Farm & Ranch, Inc. and Plaintiffs have failed to state a claim upon which relief can be granted as to Nexton.

Wherefore, having fully answered, Nexton requests that discovery go forward and that it receive a judgment in its favor, with all costs cast against the

Plaintiff, and such other and further relief as the Court deems just and proper under the circumstances.

Respectfully submitted, this 8th day of May, 2017.

/s/ Gillian S. Crowl_____
Gillian S. Crowl
Georgia Bar No. 654746
*Attorneys for Defendant Nexton Mining, Inc.*

**Gray, Rust, St. Amand, Moffett & Brieske**
1700 Atlanta Plaza
950 East Paces Ferry Road
Atlanta, Georgia 30326
404-870-7375 (Rust)
404-870-7389 (Crowl)
404 870-7374 fax

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

EVELYN S. MERRITT, AND SHARON )
L. MERRITT MCMILLEN, )
INDIVIDUALLY AND AS TRUSTEE )
OF THE MERRITT LIVING TRUST )
 )
  Plaintiffs, )
 )
v. ) Case No.
 ) 1:17-CV-00040-JRH-BKE
 )
NEXTON MINING, INC. SUNFLOWER )
FARM & RANCH, INC. STEVEN L. )
PETERS, KIMBERLY K. PETERS, AND )
ROSS A. WENGER )
 )
 )
 )
  Defendants. )
_____)

## CERTIFICATE OF SERVICE

I hereby certify that on May 8, 2017, copies of **Nexton Mining, Inc.'s Answer to Plaintiffs' Complaint** were electronically served with the Clerk of Court using the CM/ECF system which will automatically send notification of such filing to the following attorneys of record:

Tyler J. Sniff
Donald D.J. Stack
Stack & Associates, P.C.

- 27 -

260 Peachtree Street
Suite 1200
Atlanta, GA 30303

Staten Bitting
John Price
Fulcher Hagler LLP
One 10th Street, Suite 700
Augusta, Georgia 30901

Harry D. Revell
Nicholson Revell, LP
Gateway Professional Center
4137 Columbia Road
Augusta, GA 30907

This 8th day of May, 2017.

/s/ Gillian S. Crowl_____
Gillian S. Crowl
Georgia Bar No. 654746
*Attorneys for Defendant Nexton Mining, Inc.*