⚡ EFILED IN OFFICE
CLERK OF SUPERIOR COURT
JEFFERSON COUNTY, GEORGIA
**16CV00074**
MAR 16, 2017 02:23 PM

*Anne L. Durden*
Anne L. Durden, Clerk
Jefferson County, Georgia

IN THE SUPERIOR COURT OF JEFFERSON COUNTY
STATE OF GEORGIA

| | |
|---|---|
| EVELYN S. MERRITT, and <br> SHARON L. MERRITT MCMILLEN, <br> *as Trustee of the Merritt Living Trust*, <br><br> Plaintiffs, <br><br> v. <br><br> SUNFLOWER FARM & RANCH, INC., <br> STEVEN L. PETERS, <br> KIMBERLY K. PETERS, and <br> ROSS A. WENGER, <br><br> Defendants. | CIVIL ACTION NO. 16-CV-00074 |

## JOINT MOTION TO EXTEND DISCOVERY

**COME NOW** all Plaintiffs and all Defendants ("Parties") in the above-styled civil action, by and through undersigned counsel, and pursuant to Uniform Superior Court Rule 5.1 file this Joint Motion to Extend Discovery, respectfully showing the Court as follows:

1. On September 14, 2016, the Court through an Order extended the time for the Parties to conduct discovery for six (6) months until and through Friday, March 17, 2017. For reasons discussed below, the parties have continued to diligently pursue discovery but are still completing written discovery and the depositions of Parties and fact witnesses and are moving toward the disclosure of testifying experts and their files and expert depositions.

2. On February 19, 2016, Plaintiffs filed their Verified Complaint, alleging that Defendants' conversion of real property owned by Defendant Sunflower Farm & Ranch, Inc. and Defendant Steven L. Peters ("Defendants' Property") from forest-pasture to irrigated row crops through, *inter alia*, clearing, grubbing, and grading, and other actions caused stormwater and



EXHIBIT B

sediment damage to adjacent real property owned by Plaintiffs in Jefferson County, Georgia. On March 22, 2016, Defendants filed an Answer.

3. In the year since Plaintiffs filed their Verified Complaint, the Parties have engaged in substantial written discovery, which has resulted in the exchange of documents but is ongoing. Specifically, on December 2, 2016, the Court held a hearing on Defendants' Motion for Protective Order and Plaintiffs' Cross Motion to Compel Production of Documents from Defendants and these Motions are pending. The Parties are currently working to resolve other disputes regarding the production of documents to avoid filing other motions.

4. During the past year, the Parties' experts have also conducted multiple site inspections of the properties at issue in this case. Experts for Plaintiffs inspected Defendants' Property on May 31, 2016, October 24, 2016, and January 10, 2017. Experts for Defendants inspected Plaintiffs' Property on January 10, 11, and 12, 2017.

5. Further, multiple Parties have been deposed during the past six months. On September 21, 2016, Defendants deposed Plaintiff Evelyn S. Merritt and Plaintiffs also deposed Mrs. Merritt to preserve evidence for trial. On November 18, 2016, Plaintiffs deposed Defendant Ross A. Wenger. On February 10, 2017, Defendants deposed Plaintiff Sharon L. Merritt McMillen. On March 8, 2017, Plaintiffs took the Rule 30(b)(6) deposition of Defendant Sunflower Farm & Ranch, Inc.

6. In the next few months, the Parties intend to depose the remaining Parties and fact witnesses that the Parties wish to depose before trial. Defendants intend to depose, *inter alia*, Joan Human and Joy Cotton. Plaintiffs intend to depose, *inter alia*, Defendant Kimberly K. Peters.

7. Following these depositions, Plaintiffs will identify their testifying experts as soon as practicable. After Plaintiffs identify their testifying experts, Defendants will have thirty (30)

days to serve written discovery on and depose the Plaintiffs' testifying experts and to identify the testifying experts for Defendants. After Defendants identify their testifying experts, Plaintiffs' will have thirty (30) days to serve written discovery on and depose Defendants' testifying experts. Plaintiffs produced expert reports for some of their experts last year but other experts are in the process of completing their reports.

8. The Parties recently began tentative settlement discussions and intend to continue those discussions in the next several weeks. In addition, the Parties are working to schedule a mediation in April.

9. For the foregoing reasons, the Parties hereby jointly request, pursuant to Uniform Superior Court Rule 5.1, that the Court grant this Motion and enter an order extending the time for the Parties to conduct discovery by 3 months until and through Friday, June 16, 2017.

10. A Proposed Order is respectfully attached to this Motion.

Respectfully submitted this 16th day of March, 2017.

| | |
|---|---|
| Donald D.J. Stack | Michael J. Rust *(by J. Skye Wellesley WEP Tyler J. Sniff Ga. Bar No. 403125)* |
| Georgia Bar No. 673735 | Georgia Bar No. 621257 |
| Tyler J. Sniff | J. Skye Wellesley |
| Georgia Bar No. 403125 | Georgia Bar No. 265377 |
| STACK & ASSOCIATES, P.C. | GRAY, RUST, ST. AMAND, MOFFETT & BRIESKE, LLP |
| 260 Peachtree Street, Suite 1200 | |
| Atlanta, Georgia 30303 | 950 East Paces Ferry Road, Suite 1700 |
| Telephone: (404) 525-9205 | Atlanta, Georgia 30326 |
| Facsimile: (404) 522-0275 | Telephone: (404) 870-7372 |
| E-mail: dstack@stackenv.com | Facsimile (404) 870-7374 |
| tsniff@stackenv.com | E-mail: mrust@grsmb.com |
| *Counsel for Plaintiffs* | *Counsel for Defendants* |

IN THE SUPERIOR COURT OF JEFFERSON COUNTY
STATE OF GEORGIA

| | |
|---|---|
| EVELYN S. MERRITT, and <br> SHARON L. MERRITT MCMILLEN, <br> *as Trustee of the Merritt Living Trust*, <br><br> Plaintiffs, <br><br> v. <br><br> SUNFLOWER FARM & RANCH, INC., <br> STEVEN L. PETERS, <br> KIMBERLY K. PETERS, and <br> ROSS A. WENGER, <br><br> Defendants. | CIVIL ACTION NO. 16-CV-00074 |

## [PROPOSED] ORDER GRANTING JOINT MOTION TO EXTEND DISCOVERY

The above-styled action is before the Court on the Parties' Joint Motion to Extend Discovery.

After considering the Motion and the entire record, and for good cause shown, this Court hereby **GRANTS** the Parties' Joint Motion to Extend Discovery, pursuant to Uniform Superior Court Rule 5.1.

The time for the Parties to utilize the Court's compulsory process to compel discovery is extended 3 months until and through Friday, **June 16, 2017.**

Following the Parties' depositions of the remaining Parties and fact witnesses that the Parties wish to depose before trial, Plaintiffs will identify their testifying experts as soon as practicable.

After Plaintiffs identify their testifying experts, Defendants will have thirty (30) days to serve written discovery on and depose Plaintiffs' testifying experts and to identify testifying experts for Defendants.

After Defendants identify their testifying experts, Plaintiffs' will have thirty (30) days to serve written discovery on and depose Defendants' testifying experts.

SO ORDERED, this ___ day of _____, 2017.

_____
The Honorable Kathy S. Palmer
Judge, Superior Court of Jefferson County
Chief Judge, Middle Judicial Circuit, Georgia

IN THE SUPERIOR COURT OF JEFFERSON COUNTY
STATE OF GEORGIA

| | |
|---|---|
| EVELYN S. MERRITT, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>SUNFLOWER FARM & RANCH, INC., )<br>STEVEN L. PETERS, et al., )<br>)<br>Defendants. )<br>_____) | CIVIL ACTION NO. 16-CV-00074 |

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served opposing counsel with the foregoing **JOINT MOTION TO EXTEND DISCOVERY** by electronic mail and by depositing a copy of same in the U.S. mail in an envelope addressed to the following, with adequate postage thereon to ensure proper delivery:

J. Franklin Edenfield
jfe285@bellsouth.net
SPIVEY, CARLTON & EDENFIELD, P.C.
P.O. Box 309
Swainsboro, Georgia 30401

Harry D. Revell
harry@nicholsonrevell.com
NICHOLSON REVELL, LLP
4137 Columbia Road
Augusta, Georgia 30907

Michael J. Rust
mrust@grsmb.com
J. Skye Wellesley
swellesley@grsmb.com
GRAY, RUST, ST. AMAND, MOFFETT & BRIESKE, LLP
950 East Paces Ferry Road, Suite 1700
Atlanta, Georgia 30326

SO CERTIFIED this 16th day of March, 2017.

Tyler J. Shiff