IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| EVELYN S. MERRITT, and<br>SHARON L. MERRITT MCMILLEN,<br>*Individually and as Trustee of the Merritt Living Trust*,<br><br>    Plaintiffs,<br><br>v.<br><br>NEXTON MINING, INC.,<br>SUNFLOWER FARM & RANCH, INC.,<br>STEVEN L. PETERS,<br>KIMBERLY K. PETERS, and<br>ROSS A. WENGER,<br><br>    Defendants. | CIVIL ACTION NO. 17-CV-00040 |

**ORDER GRANTING CONSENT MOTION FOR EXTENSION BY CLERK OF TIME FOR PLAINTIFFS TO FILE RESPONSE TO DEFENDANTS' MOTION TO DISMISS**

Pursuant to Local Rule 6.1, and for good cause shown, the Clerk of the Court hereby **GRANTS** the Parties' Consent Motion for Extension by Clerk of Time for Plaintiffs to File Response to Defendants' Motion to Dismiss.

Plaintiffs shall have an additional fourteen (14) days (until and through June 7, 2017) to file a response to Defendants' Motion to Dismiss or, in the Alternative, to Stay the Proceedings (ECF No. 17).

**SO ORDERED** this 18th day of May, 2017.

SCOTT L. POFF, CLERK

*Tara H. Burton*
Clerk/Deputy Clerk
U.S. District Court for the Southern District of Georgia