IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| EVELYN S. MERRITT, AND SHARON L. MERRITT MCMILLEN, INDIVIDUALLY AND AS TRUSTEE OF THE MERRITT LIVING TRUST | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) ) | Case No. 1:17-CV-00040-JRH-BKE |
| NEXTON MINING, INC. SUNFLOWER FARM & RANCH, INC. STEVEN L. PETERS, KIMBERLY K. PETERS, AND ROSS A. WENGER | ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

**NOTICE OF INTENT TO FILE REPLY TO PLAINTIFFS' RESPONSE IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS AND STAY THE PROCEEDINGS (DOC. 36)**

COMES NOW Nexton Mining, Inc., Sunflower Farm & Ranch, Inc., Steven L. Peters, Ross A. Wenger and Kimberly K. Peters, Defendants in the above-styled action, and hereby notifies the Clerk that they intend to file a Reply to Plaintiff's Response in Opposition to Defendant's Motion to Dismiss and Stay the Proceedings.

Respectfully submitted, this 9th day of June, 2017.

/s/ John E. Price
N. STATEN BITTING
Georgia Bar No. 058940
JOHN E. PRICE
Georgia Bar No. 142012
*Attorneys for Sunflower Farm & Ranch, Inc., Steven L. Peters, Ross A. Wenger and Kimberly K. Peters*

OF COUNSEL:
FULCHER HAGLER LLP
One 10th Street, Suite 700
Augusta, GA  30901
(706) 724-0171
Email: sbitting@fulcherlaw.com
Email:  jprice@fulcherlaw.com

/s/ Gillian S. Crowl_____
Gillian S. Crowl
Georgia Bar No. 654746
*Attorney for Defendant Nexton Mining*

**Gray, Rust, St. Amand, Moffett & Brieske**
1700 Atlanta Plaza
950 East Paces Ferry Road
Atlanta, Georgia 30326
404-870-7375 (Rust)
404-870-7389 (Crowl)
404 870-7374 fax

**CERTIFICATE OF SERVICE**

I hereby certify that on June 9, 2017, a copy of the foregoing was electronically served with the Clerk of Court using the CM/ECF system which will automatically send notification of such filing to the following attorneys of record:

Tyler J. Sniff
Donald D.J. Stack
Stack & Associates, P.C.
260 Peachtree Street
Suite 1200
Atlanta, GA 30303

J. Skye Wellesley
Michael J. Rust
Gillian S. Crowl
Gray Rust St. Amand Moffett & Brieske, LLP
1700 Atlanta Plaza
950 East Paces Ferry Road
Atlanta, GA  30326

I further certify that a true copy of the foregoing has been served on the following counsel by depositing same in the United States Mail with sufficient postage attached thereto to ensure delivery, addressed as follows:

Harry D. Revell
Nicholson Revell, LP
Gateway Professional Center
4137 Columbia Road
Augusta, GA 30907

J. Franklin Edenfield
Spivey, Carlton & Edenfield, PC
Post Office Box 309
Swainsboro, GA  30401

/s/ John E. Price