# qPublic.net™ Jefferson County, GA



**Overview**

**Legend**
☐ Parcels
- - Miscellaneous Line
— Roads

1,591 ft

| | | | | | | |
|---|---|---|---|---|---|---|
| **Parcel ID** | 0025 021 | **Owner** | PETERS STEVE L | **Last 2 Sales** | | |
| **Class Code** | Consv Use | | P O BOX 6550 | Date | Price | Reason Qual |
| **Taxing District** | County | | NORTH AUGUSTA SC 29861 | 9/20/2013 | $0 | 13    U |
| | County | **Physical Address** | FRIENDSHIP CHURCH RD | 7/16/2013 | $93348 | LM    Q |
| **Acres** | 65 | **Assessed Value** | Value $121416 | | | |

(Note: Not to be used on legal documents)

Date created: 6/12/2017
Last Data Uploaded: 6/7/2017 3:07:06 PM

 Developed by
The Schneider Corporation

**EXHIBIT 1**