# qPublic.net™ Jefferson County, GA



**Overview**

**Legend**
- ☐ Parcels
- -- Miscellaneous Line
- — Roads

| | | | | | | |
|---|---|---|---|---|---|---|
| **Parcel ID** | 0025 015 | **Owner** | PETERS STEVE L | **Last 2 Sales** | | |
| **Class Code** | Consv Use | | P O BOX 6550 | Date | Price | Reason Qual |
| **Taxing District** | County | | NORTH AUGUSTA SC 29861 | 9/20/2013 | $0 | 13 U |
| | County | **Physical Address** | HWY 24 | 7/16/2013 | $245170 | LM Q |
| **Acres** | 169.33 | **Assessed Value** | Value $372846 | | | |

(Note: Not to be used on legal documents)

Date created: 6/12/2017
Last Data Uploaded: 6/7/2017 3:07:06 PM


Developed by
The Schneider Corporation

EXHIBIT 2