# Assessor Report

**Parcel Number** 01800150002



## Owner Information

| | |
|---|---|
| Current Owner | PROLOGIS TLF (NEW MANCHESTER) |
| Mailing Address 1 | |
| Mailing Address 2 | 3340 PEACHTREE RD NE |
| Mailing Address 3 | SUITE 100 |
| City | ATLANTA |
| State | GA |
| Zip Code | 30326 |

*Please note: Questions regarding any information should be directed to the Douglas County Appraisal Department at (770)920-7228

## Property Information

| | | | |
|---|---|---|---|
| Property Address | 9000 RIVERSIDE PKWY | Acres | 35.76 |
| Legal Description | BLDG/35.758 AC, TRACT A PARCEL #1 RIVERSIDE | Landlot/District | 180 /15 |
| Class Code (Not Zoning) | Industrial | Special | 2 |
| Neighborhood | DC INDUST-6071 | Tax District | DOUGLASVILLE |
| Homestead Exemption | S0 | Water | No Water |
| Topography | Level | Sewer | No Sewer |
| Drainage | Poor | Electric | No Electricity |
| Road Class | Interstate | Gas | Tank Gas |
| Parcel Road Access | No Road | | |

## 2015 Values

| Land | Improvements | Accessories | Total Value | Previous Value |
|---|---|---|---|---|
| $0 | $13,692,400 | $362,000 | $16,200,000 | $17,104,800 |

## Land Information

| Type | Description | Acres | Soil Productivity |
|---|---|---|---|
| RES | 0 | 35.76 | NA |

## Accessory Information

| Description | Year Built | Dimensions/Units | Value |
|---|---|---|---|
| Paving-Conc.(O) 4" >10000 | 2005 | 0x0 124800.00 | $130,200 |
| Paving-Asph.(J) 3" >10000 | 2005 | 0x0 266500.00 | $231,800 |

## Commercial Improvements

| Description | Year Built | Square Feet | Exterior Walls | Value | Images |
|---|---|---|---|---|---|
| Mega Storage Dist Whse-3 | 2005 | 540000 | | $13,692,400 | Photo Sketch |

## Sales History

| Sale Price | Sale Date | Reason | Grantor | Grantee | Deed Book | Plat Page |
|---|---|---|---|---|---|---|
| $15,638,460 | 06/11/2009 | Fair Market Value | PROLOGIS | PROLOGIS TLF (NEW MANCHESTER | 2798 972 | |
| $16,573,000 | 06/20/2007 | Fair Market Value | CARTER NEW MANCHESTER BUILDING THREE, | PROLOGIS | 2585 396 | |

**EXHIBIT 3**

| | | | | | | |
|---|---|---|---|---|---|---|
| $1,256,792 | 02/02/2005 | Kin/Business Transfer | CARTER NEW MANCHESTER, L.L.C. | CARTER NEW MANCHESTER BUILDING THREE, | 2103 710 | |
| $3,315,270 | 02/09/2001 | Land Market Sale | NEW MANCHESTER, L.L.C. | CARTER NEW MANCHESTER, L.L.C. | 01392 0724 | |

Douglas County, GA Map



*Douglas County makes no warranties with respect to the accuracy and completeness of this information

Map Scale
1 inch = 421 feet

6/12/2017

EXHIBIT 3