IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| EVELYN S. MERRITT, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 17-CV-00040 |
| ) | |
| NEXTON MINING, INC., et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

**PLAINTIFFS' NOTICE OF INTENT TO FILE A SURREPLY BRIEF IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS AND STAY THE PROCEEDINGS**

Pursuant to Local Rule 7.6, Plaintiffs Evelyn S. Merritt and Sharon L. Merritt McMillen hereby notify the Clerk that they intend to file a surreply brief in opposition to Defendants' Motion to Dismiss and Stay the Proceedings, **ECF No. 17**, on or before **July 5, 2017.** In accordance with *Gibbons v. McBride*, 124 F. Supp. 3d 1342, 1383 (S.D. Ga. 2015) (Hall, J.), Plaintiffs will limit the surreply to rebut several arguments and evidence that Defendants advance for the first time in Defendants' 22-page reply brief filed on **June 21, 2017. ECF No. 38.**

Respectfully submitted,

Date: **June 22, 2017**

s/ Tyler J. Sniff
Donald D.J. Stack
Georgia Bar No. 673735
Tyler J. Sniff
Georgia Bar No. 403125
STACK & ASSOCIATES, P.C.
260 Peachtree Street, Suite 1200
Atlanta, Georgia 30303
Telephone: (404) 525-9205
Facsimile: (404) 522-0275
E-mail: tsniff@stack-envirolaw.com
dstack@stack-envirolaw.com

*Counsel for Plaintiffs*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF GEORGIA
### AUGUSTA DIVISION

| | |
|---|---|
| EVELYN S. MERRITT, and <br> SHARON L. MERRITT MCMILLEN, <br> *Individually and as Trustee of the Merritt Living Trust*, <br><br>    Plaintiffs, <br><br> v. <br><br> NEXTON MINING, INC., <br> SUNFLOWER FARM & RANCH, INC., <br> STEVEN L. PETERS, <br> KIMBERLY K. PETERS, and <br> ROSS A. WENGER, <br><br>    Defendants. | **CIVIL ACTION NO. 17-CV-00040** |

### CERTIFICATE OF SERVICE

This is to certify that I have on this day served all the parties in this case with **PLAINTIFFS' NOTICE OF INTENT TO FILE A SURREPLY BRIEF IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS AND STAY THE PROCEEDINGS** in accordance with the directives from the Court Notice of Electronic Filing ("NEF") which was generated as a result of electronic filing.

Date: **June 22, 2017**

s/ **Tyler J. Sniff**
Tyler J. Sniff
Georgia Bar No. 403125
STACK & ASSOCIATES, P.C.
260 Peachtree Street, Suite 1200
Atlanta, Georgia 30303
Telephone: (404) 525-9205
Facsimile: (404) 522-0275
E-mail: tsniff@stack-envirolaw.com