IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

```
EVELYN S. MERRITT, and SHARON      *
L. MERRITT MCMILLEN,               *
Individually and as Trustee of     *
the Merritt Living Trust,          *
                                   *    CV 117-040
        Plaintiffs,                *
                                   *
            v.                     *
                                   *
NEXTON MINING, INC., SUNFLOWER     *
FARM & RANCH, INC., STEVEN L.      *
PETERS, KIMBERLY K. PETERS,        *
and ROSS A. WENGER,,               *
                                   *
        Defendants.                *
                                   *
```

## O R D E R

Presently before the Court is the parties' joint Stipulation of Dismissal With Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (Doc. 44.) Accordingly, this matter shall be **DISMISSED WITH PREJUDICE**. The Clerk is instructed to **CLOSE** this case. Each party shall bear its own costs and fees.

**ORDER ENTERED** at Augusta, Georgia, this 14th day of December, 2017.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
~~SOUTH~~ERN DISTRICT OF GEORGIA